Submitted on record and briefs July 23, 1986, affirmed February 18, 1987

WILLIS et al,
*Appellants,*

*v.*

AIRCRAFT TRADERS, INC. et al,
*Respondents.*

(43-720; CA A35797)

732 P2d 959

Kathryn E. Willis, Hillsboro, filed the briefs *pro se* for herself.

Robert J. Ericsson, Portland, and Martin, Bischoff, Templeton, Biggs & Ericsson, filed the brief for respondents.

No appearance for appellant Kitti Hawk Interiors, Inc.

Before Richardson, Presiding Judge, and Newman and Deits, Judges.

PER CURIAM

**PER CURIAM**

A detailed recitation would serve no useful purpose. The trial court made special findings of fact and conclusions of law, with all of which we agree, and gave judgment for defendants. We affirm the judgment.

Affirmed.